# EXHIBIT C

 GE Plastics

## Executive Summary:

GE Plastics is a leading global manufacturer and distributor of plastics resins and plastics shapes used in a number of key industries including automotive, computers, telecommunications, appliances, optical media, packaging, and building and construction. GE Plastics manufactures and compounds polycarbonate, ABS, SAN, ASA, PPE, PC/ABS, PBT and PEI resins.

GE Plastics is among the largest producers of high-performance polymers used by electronics, office equipment, computer, and automotive manufacturers. The division includes the operations of GE Polymerland, an online resin distributor; Specialty Film & Sheet, which makes the polycarbonate sheet and film called Lexan; GE Polymershapes, a plastic film, sheet, and tube distributor; and GE Resins, a producer of all manner of plastic resins. It also owns LNP Engineering Plastics, a plastics compounding firm. In 2007 GE sold the unit to Saudi Arabia's largest public company, SABIC, for $11 billion.

GE Plastics Global headquarters is located in Pittsfield, Massachusetts, USA. Since 1969, the company's European headquarters have been located in Bergen op Zoom, the Netherlands. Employing more than 3,000 people across Europe, GE Plastics now has sales and service offices across Western Europe, Eastern Europe, Scandinavia and Russia. The GEP Pacific Headquarters are in Shanghai, China. The company was founded in 1930 and has 2006 revenues of $6.645B. GEP employs approximately 11,000 employees in over 60 worldwide locations.

## Products:

*Lexan Resin*:

Polycarbonate (PC) used in automotive headlamps, medical devices, mobile phones, laptops and DVD's.

*Noryl Resin*:

Modified polyphenylene ether and high impact polystyrene used in Eco-friendly wire coating, electronic components, and fluid handling instruments.

*Ultem Resin*:

Polyetherimide (PEI) used for extreme high heat and chemical resistance in firefighter helmets, circuit boards, and the aerospace industry.

*Valox Resin:*

Polybutylene Terephthalate (PBT) used for Eco-friendly manufacturing (recycled water bottles), automotive under the hood parts.

*Xenoy Resin*:

PBT and PC- Chemical and impact resistance for Eco-friendly manufacturing (recycled water bottles), transportation body panels and bumpers.

*Cycolac/Geloy Resins:*

Acroylonitrile Butadiene Styrene/Acrylic Styrene Acrylonitrile (ABS/ASA) used for the automotive, toys, building and construction industries.

*Cycoloy Resin:*

PC and ABS- Automotive instrument panels, computer monitor enclosures, mobile phones.

### Industry Application:

Automotive

GE's high-performance thermoplastics have facilitated the evolution of the modern automobile. Compared to traditional metals, our engineered materials have contributed to enhanced silhouettes, aesthetics, security, and manufacturability, as well as better performance on the road, in the driver's seat, and at the pump. The depth and breadth of GE's resources create benefits for nearly everyone in the automotive industry: designers, suppliers, OEMs, and, ultimately, consumers.

Bath and Spa

Our Geloy* resins can offer unique color and aesthetic solutions to bath and spa liners all while virtually eliminating clouding, fading, or cracking, and offering UV and chemical resistance under these tough conditions. Also, unlike traditional ASA resin solutions, Geloy resin can maintain its beauty and strength up to three to five times longer, and allows for easier repair of the spa and hot tub shells if they are damaged. For pumps and other components, GE's Xylex* resins present a high-performance solution.

Building and Construction

GE Plastics offers a broad portfolio of sheet and film products for building and construction. Many, like our Lexan* polycarbonate structural sheet, are designed for rapid construction. And performance - as with the virtually unbreakable Lexan* sheet – has often been the reason architects and builders choose our products.

Electronics

Our broad portfolio of high-performance materials and our expertise have contributed to the development of many current portable electronic device designs, and we continue to create solutions for critical functionality in this segment - from thermal management to shielding. Combining excellent mechanical properties and versatile colorability, GE's thermoplastic technology can help make products more durable and reliant, lighter, and visually unique.

Healthcare

In addition to application development specialists and customer support teams, GE maintains a dedicated Healthcare team to track global advances and emerging industry trends. This team creates solutions that help you meet today's challenges and prepare for the applications and regulatory needs of tomorrow. We offer materials solutions for areas ranging from sterilization trays and advanced housings materials, to endoscopic surgical instruments and blood filters -- and nearly everything in between. Health professionals, patients, and lab workers alike may benefit from the materials and knowledge that GE - Plastics offers.

Packaging

Packaging can benefit from our high-performance polymers, including Noryl*, Lexan*, Cycoloy*, and Ultem* resins, and LNP* specialty compounds. Each is unique, offering its own exceptional properties. From conductivity to extreme heat resistance, GE's materials offer solutions right for you. If keeping computer chips safe and serving foods in take out containers seem unrelated, they are -- and that is why GE-Plastics offers such a wide variety of solutions

Security

GE Plastics offers a broad portfolio of sheet and film products for building and construction. Many, like our Lexan* polycarbonate structural sheet, are designed for rapid construction. And performance -- as with the virtually unbreakable Lexan* sheet -- has often been the reason architects and builders choose our products.

Sign and Display

Offering design freedom, ease of production, and long life, GE Plastics products for graphic production include Lexan* and Lexan Margard* polycarbonates. Extra-weather and heat-resistant grades are available, as are surfaces designed to withstand abrasion and breakage.

Storm Protection

Today, GE Plastics offers a broad portfolio of sheet and glazing products that are widely used in the building and construction markets. GE's virtually unbreakable and beautifully clear Lexan sheet features light weight, high stiffness, impact and fire resistance and weatherability. This high-technology sheet product with highly specialized properties is an excellent candidate to help home owners and builders protect their families and property during storms.

Textiles

Fibers made from GE's Ultem*, Valox*, Noryl*, and Lexan* resins, in combination with other fibers, can help address a variety of needs and concerns in everything from flame retardant mattresses and airplane seats, to industrial filters and military apparel. In woven, non-woven, and loose-fill applications, the addition of our materials might be just the solution you are looking for to meet requirements without sacrificing performance, comfort, or aesthetics.

Transportation and Outdoor Vehicles

When it comes to goals like lower weight and VOC emissions, increased design flexibility and aesthetics, GE - Plastics may offer an excellent material solution. Our goal is to help customers solve their tough challenges throughout the industry with our advanced material solutions. GE is constantly striving to research and design materials to meet the challenges of today and the future.

**General Electric Plastics**
**Automobile Liability**
**August 1, 2007 to August 1, 2008**

### NAMED INSURED AND ADDRESS (TBD):

General Electric Plastics
1 Plastics Avenue
Pittsfield, MA 01201

### POLICY PERIOD:

Policy Effective: 8/1/07        Policy Expiration: 8/1/08

### COVERAGES/LIMITS:

| | Limit | Symbol |
|---|---|---|
| Combined Single Limit | 3,000,000 | (1) |
| Personal Injury Protection (No Fault) | Min. Required by Law | (5) |
| Auto Medical Payments | $10,000 Per Person | (3) |
| Uninsured/Underinsured Motorists CSL | Min. Required by Law | (6) |

*Covered Auto Symbols:*
(1) Any Auto
(3) Owned Private Passenger Autos Only
(5) All Owned Autos which require No-Fault Coverage
(6) All Owned Autos Subject to a Compulsory Uninsured Motorists Law

Deductible:    $250,000
Allocated Loss Adjustment Expense erodes the deductible.
Allocated Loss Adjustment Expenses in addition to limits.

### COVERAGE EXTENSIONS

1. Blanket Coverage for all owned, leased, nonowned and hired; Covered Auto Symbol "1"
2. Uninsured/Underinsured Motorists Coverage Symbol 6 - (reject where applicable or minimum statutory limits) (Ohio UM/UIM is not offered)
3. Personal Injury Protection Symbol "5"
4. Auto Medical Payments - $10,000
5. MCS-90 endorsement
6. Additional Insured – lessor (CA2001)
7. Unintentional Errors and Omissions – included in policy form
8. Employees as Insureds (CA9933)
9. Hired Autos Specified as Covered Autos you own (CA9916)
10. It is agreed that the Fellow Employee Exclusion is deleted in its entirety from Section II (64007)
11. Transfer of Rights of Recovery against others to us as required by contract - AIG wording (62897)
12. Drive-Other-Car Coverage. a) Covering all employees to whom an owned vehicle is regularly assigned and spouses; b) Limits of Liability, UM/UIM, medical payments to match owned vehicle coverage (CA9910)
13. Additional Insured - where required under contract or agreement (61713)
14. Employee Hired Auto (CA 20 54)

## Crib Sheet - Primary Casualty

| Account Name: | SABIC Engineered Plastics |
| --- | --- |
| SIC Code: | 2820 - Plastic Materials and Synthetics |
| Policy Period: | 8/1/2007 To 8/1/2008 |

**1  Name of Insured and Insured Address**

SABIC Engineered Plastics
1 Plastics Avenue
Pittsfield , MA 01201
USA

**2  Program Inception Date**    8/1/2007          **Proposed Quote Date (Primary)**    7/19/2007

**3  Description of Insured's Operations by Business Segment**

Sabic Engineered Plastics is a leading global manufacturer and distributor of plastics resins and plastics shapes used in a number of key industries including automotive, computers, telecommunications, appliances, optical media, packaging, and building and construction. SABIC Plastics manufactures and compounds polycarbonate, ABS, SAN, ASA, PPE, PC/ABS, PBT and PEI resins. The company has a global footprint of 60+ locations and approximately 11,000 employees worldwide.

**4  Insured's Website address**    http://www.geplastics.com/gep/en/Home/Home/home.html

**5  Noteworthy Items**

GE Plastics is a business unit of GE which is being acquired by SABIC (Saudi Basic Industries Corporation). SABIC will implement a new insurance program for GE Plastics upon the closing of the sale, which is expecting to close around 8/1/07.

**6  Change in Exposures Since Last Renewal (Total USA) (This is the first year of a stand alone SABIC Engineered Plastics program)**

|   | 1<br>Revenue<br>(in Thousands) | 2<br>Payroll<br>(in Thousands) | 3<br>No. Employees | 4<br>Vehicle Count | 5<br>Aircraft Count | 6<br>Watercraft Count |
| --- | --- | --- | --- | --- | --- | --- |
| 1  Projected |  |  |  |  |  |  |
| 2  Prior Yr |  |  |  |  |  |  |
| 3  Change |  |  |  |  |  |  |
| 4  % Change |  |  |  |  |  |  |

**7  Vehicle Fleet (Including Owner/Operators, Total USA)**

|   | Projected Vehicle | Prior Yr Vehicle | % Change Since Last Renewal |
| --- | --- | --- | --- |
| 1 Private Passenger |  |  |  |
| 2 Light Trucks |  |  |  |
| 3 Medium Trucks |  |  |  |
| 4 Heavy Trucks |  |  |  |
| 5 Extra Heavy Trucks |  |  |  |
| 6 Tractors |  |  |  |
| 7 Buses |  |  |  |
| 8 Other |  |  |  |
| **Total Vehicles** |  |  |  |

**REDACTED**

**8  Total Losses by Type of Coverage**

| No | Policy Inception | Policy Expiration | Automobile Liability | General Liability | Products Liability / Completed Operations | Workers' Compensation | Employer's Liability |
| --- | --- | --- | --- | --- | --- | --- | --- |

**9  Largest Five Losses Listed**

Casualty Submission Model                                                                                                    **MARSH**

*Crib Sheet - Primary Casualty*

| Account Name: | SABIC Engineered Plastics |
|---|---|
| SIC Code: | 2820 - Plastic Materials and Synthetics |
| Policy Period: | 8/1/2007 To 8/1/2008 |

*No*  *Policy Inception*  *Claimant*  *Status*  *Amount*  *Coverage*

# REDACTED

**General Electric Plastics**
**General Liability**
**August 1, 2007 to August 1, 2008**

**NAMED INSURED AND ADDRESS (TBD):**
General Electric Plastics
1 Plastics Avenue
Pittsfield, MA 01201

**POLICY PERIOD:**

Policy Effective: 8/1/07     Policy Expiration: 8/1/08

Time: 12:01 AM, local standard time at the address of the first Named Insured.

**COVERAGES/LIMITS:**

| | |
|---|---|
| General Aggregate Limit (other than Products/Completed Ops) | $10,000,000 |
| Products/Completed Operations Aggregate Limit | $ 5,000,000 |
| Personal & Advertising Injury Limit | $ 5,000,000 |
| Each Occurrence Limit (BI & PD CSL) | $ 5,000,000 |
| Fire Damage Limit (Any One Fire) | $    50,000 |
| Medical Expense Limit | $    10,000 |
| Employee Benefits Liability – Claims Made (Each Employee/Agg.) | $ 2,000,000/4,000,000 |

Deductible:
General Liability                                                              $   250,000 per occurrence
Allocated Loss Adjustment Expense erodes the deductible.
Allocated Loss Adjustment Expenses in addition to limits.

Products/Completed Operations Deductible:                    $ 1,000,000 per occurrence
Allocated loss expense to be 100% paid by GEP
Allocated Loss Expenses in addition to limits.

**COVERAGE EXTENSIONS**

1. Broad Form Named Insured: Named Insured means the person or organization first named as the Named Insured on the Declarations Page of this policy (the "First Named Insured"). Named Insured also includes (1) any other person or organization named as a Named Insured on the Declarations Page; (2) any subsidiary, associated, affiliated, allied or acquired company or corporation (including subsidiaries thereof) of which any insured named as the Named Insured on the Declarations Page has more than 50% ownership interest in or exercises management or financial control over

2. Unintentional Errors and Omissions Endorsement (62132)

3. Additional Insured Where Required by Contract or Agreement (61712)

4. Waiver of Transfer of Rights/Subrogation Against Others to Us Where Required by Contract (CG2404)

5. Other Insurance - This insurance to be excess except where required by contract to be primary (67265, as expiring)

6. Policy to be amended under Section II - Who Is an Insured to provide Fellow Employee Coverage by deleting 2(a)1 and 3.a. (64007) and to include coverage for injury to a volunteer worker

**General Electric Plastics**
**General Liability**
**August 1, 2007 to August 1, 2008**

7. Amendatory Endorsement - Clubs; Who Is an Insured amended to include any association, club or organization formed by or for your employees, and your employees who are members thereof, provided such entity is formed for or by your employees for social or recreational purposes with your knowledge and consent. (as expiring) - 74439

8. Joint Ventures - Insured covered to the extent of their liability arising out of the operations of any joint venture (62254)

9. Fire Legal Liability expanded to include smoke/ explosion/ water damage (FIRE.doc, as expiring) (61945) Water condition due to the discharge, leakage or overflow of water of steam from plumbing, heating, refrigerating or air-conditioning systems, standpipe for fire hoses, or industrial or domestic appliances, or any substance from an automatic sprinkler system or the collapse or fall of tanks of the component parts or supports thereof which form a part of an automatic sprinkler system (hereinafter water condition. To premises while rented to you or temporarily occupied by you with permission of the owner.

10. Coverage Territory – All parts of the world if claim is made or suit is brought in the United States (including its territories and possessions) or Puerto Rico

11. Contractual Liability - Railroads (CG2417, as expiring)

12. Newly Acquired or Formed Entities - Automatic coverage with 90-day reporting requirement (67266, as expiring)

13. Liberalization Clause (71705, as expiring)

14. Incidental Medical Malpractice (65157)

15. Employee Benefits Liability Insurance Endorsement - no retroactive date

16. Bodily Injury Definition Extension (Endt. #4). "Bodily Injury" means physical injury, sickness or disease, including death resulting from any of these; of the following when accompanied by physical injury, sickness or disease: mental anguish; shock; or emotional distress.

17. Personal Injury Definition Extension (74447) "Personal injury and advertising injury" means injury, including consequential "bodily injury", humiliation, mental anguish or shock, arising out of one or more of the following offenses: a. False arrest, detention or imprisonment; b. malicious prosecution; c. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor; d. oral or written publication of material, in any manner, that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; e. oral or written publication, in any manner of material that violates a person's right of privacy; f. the use of another's advertising idea in your "advertisement"; or g. infringing upon another's copyright, trade dress or slogan in your "advertisement".

18. Amendment Non-Owned Watercraft Exclusion to 51 ft. or less. (64010)

19. Amendment of Liquor Liability Exclusion – Exception for all Activities of the Insured.

20. Stop Gap Employers Liability in Puerto Rico – If any Exposure.

21. Section 1, Coverage B, 2, Exclusions – Delete Exclusion for Contractual Assumption of Liability (65329, as expiring).

22. Named Peril Time Element Exclusion- 20/80 days

**General Electric Plastics**
**General Liability**
**August 1, 2007 to August 1, 2008**

### AMENDMENT OF CONDITIONS

1. Notice of Cancellation 90 Days except for non-payment of premium which is 10 days.

2. Notice of Non-Renewal 90 days

3. Knowledge of Occurrence by the Risk Manager - Amendment of Duties in the Event of an accident, claim, suit or loss (61707, as expiring)

**General Electric Plastics**
**Workers Compensation & Employer's Liability**
**August 1, 2007 to August 1, 2008**

**Named Insured and address (TBD):**
General Electric Plastics.
1 Plastics Avenue
Pittsfield, MA 01201

**Policy Period:**

Policy Effective: 8/1/07    Policy Expiration: 8/1/08

Time: 12:01 AM, local standard time at the address of the first Named Insured

**Coverages / Limits**
Workers' Compensation:             Statutory
Employers' Liability:              $2,000,000    Bodily Injury by Accident each accident
                                   $5,000,000    Bodily Injury by Disease policy limit
                                   $2,000,000    Bodily Injury by Disease each employee

Other States Insurance to include all states except monopolistic states and those listed in item 3.A.
(Includes Allocated Loss Adjustment Expense.)

**Deductible:**          $250,000

Allocated Loss Adjustment Expense erodes the deductible.
Allocated Loss Expenses in addition to limits.

**COVERAGE EXTENSIONS**

1. Voluntary Compensation & Employers' Liability Coverage Endorsement. Designated State of Hire benefits for all officers and employees not subject to the Workers' Compensation laws except master or members of the crew of a vessel. Not available in New Jersey and Wisconsin (WC 000311A)

2. Voluntary Compensation Maritime Endorsement - All activities subject to this coverage. State of Hire benefits; All vessels (WC000203)

3. Outer Continental Shelf Operations (WC 000109A)

4. Longshoremen's and Harbor Workers' Compensation Act - Work in all jurisdictions subject to the Act (WC 000106A)

5. Federal Employers' Liability Act (FELA) if any basis; $2,000,000 (WC 000104)

6. Waiver of Subrogation Endorsement where required by contract or agreement. Where allowed (WC000313)

7. Maritime Coverage Endorsement, including In Rem wording and including Transportation, wages, maintenance and cure. $2,000,000 each accident/$5,000,000 aggregate (WC 000201A)

8. Alternate Employer Endorsement (if any basis except schedule required in CA) (WC 000301A)

9. Foreign Voluntary Compensation - For all employees temporarily outside the United States; including endemic disease and $2,000,000 any one employee/$5,000,000 Policy Limit $100,000 repatriation expense (60904)

10. Stop Gap Employers Liability (monopolistic states) (WC 000303B)

11. Other States Insurance - All except monopolistic

12. Ohio Employers Liability Coverage (WC 340301B)

13. Unintentional Errors and Omissions (WC 990011)

**General Electric Plastics**
**Workers Compensation & Employer's Liability**
**August 1, 2007 to August 1, 2008**

---

14. Defense Base Act Coverage – If Any Basis WC 00 01 01 A

#### AMENDMENT OF CONDITIONS

1. 90-day Notice of Cancellation except for nonpayment and/or a material change to the policy. In the event of nonpayment, a ten (10) day written notice will be sent to the Corporate Risk Manager
2. 90 day notice of non-renewal
3. Amendment of Your Duties if Injury Occurs (knowledge by risk manager) (WC 99 00 08)